UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CONTINENTAL INDUSTRIES GROUP, INC.,   )
                                                           Plaintiff,    )    12 Civ. 5599 (ALC) (HP)

    -against-    )    **RULE 7.1 STATEMENT**

FTS INTERNATIONAL, INC. (f/k/a Frac Tech   )
Services, LLC) and FTS INTERNATIONAL   )
SERVICES, LLC (f/k/a Frac Tech Services, LLC),   )
                                              Defendants.    )
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant FTS International Services, LLC states that: (a) its parent company is FTS International Holdings, LLC and (b) no publicly held corporation directly owns 10% or more of its stock, but further states that Chesapeake Energy Corporation, a publicly traded corporation, indirectly owns more than 10% of its stock.

Dated: New York, New York
         October 18, 2012

                                                                                                                     COOLEY LLP

                                                                                                                     By:   /s/ Jonathan Bach
                                                                                                                            Jonathan Bach (JB 9710)
                                                                                                                            Stephen A. Wieder (SW 1442)
                                                                                                                            Tejal Shah (TS 4425)

                                                                                           1114 Avenue of the Americas
                                                                                           New York, NY  10036
                                                                                           (212) 479-6000
                                                                                           (212) 479-6275

                                                                                           Attorneys for Defendant
                                                                                           FTS International Services, LLC